UNITED STATED DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CHESTER J. CHALUPOWSKI, Jr. and )
MALGORZATA B. CHALUPOWSKI, )
    Plaintiffs, )
                                                 )    CIVIL ACTION NO.
v. )    05-1138-GAO
                                                 )
SHARON D. MEYERS, )
    Defendant. )

DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR
SUMMARY JUDGMENT ON THE PLEADINGS

Now comes the Defendant, Sharon D. Meyers, and moves this honorable court to dismiss the within complaint, or in the alternative, for summary judgment on the pleadings. As grounds therefore, Defendant states:

1. Pursuant to Fed. R. Civ. P. 12(b)(1), this court lacks subject matter jurisdiction over the claims, as the Defendant has performed no acts under "color of law" nor is an actor working in concert with the state.

2. Pursuant to Fed. R. Civ. P. (12(b)(6), the Plaintiffs's complaint is deficient and fails to state a claim upon which relief can be granted.

3. The Plaintiffs complaint is a defacto appeal from a state court judgment issued in the Essex County Probate and Family Court and is barred under the _Rooker-Feldman_ doctrine.

4. The Defendant refers the court to the accompanying memorandum and attached exhibits.

Wherefore, the Defendant, Sharon D. Meyers requests this court to dismiss the within claims with prejudice and with costs.

*STATEMENT PURSUANT TO LR 7.1(A)(2)*

*The dispositive nature of this motion makes agreement of the parties unlikely. Therefore, the undersigned respectfully requests dispensation from the ordinary duty to confer imposed by Local Rule 7.1(A)(2), to the extent that requirement extends to matters in which the non-moving party is not represented by counsel .See L.R. 7.1(A)(2("No matter shall be filed unless <u>counsel</u> certify that they have conferred...")(emphasis supplied)*

Respectfully submitted,

_____
Sharon D. Meyers, Esq.
BBO#344680
30 Federal Street, Suite 200
Salem, MA  01970
(978) 745-0585

Dated:  June 19, 2005