UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Civil Docket: 05-11138-GAO

CHESTER J. CHALUPOWSKI, Jr.
MALGORZATA B. CHALUPOWSKI
    Plaintiffs

v.

SHARON D. MEYERS
    Defendant

## NOTICE OF APPEAL

Notice is hereby given that Chester and Malgorzata Chalupowski, Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the First Circuit from the Order entered in this action on the 11th day of August 2005.

Chester J. Chalupowski, Jr. Pro Se
Malgorzata B. Chalupowski, Pro Se
119 Water Street, #65
Beverly, MA 01915
(978) 921 4945


August 12, 2005

## CERTIFICATE OF SERVICE

We, Chester and Malgorzata Chalupowski, hereby certify that on this date a true copy of the foregoing Notice of Appeal was served upon Defendant by priority mail, postage prepaid.

Sharon D. Meyers
10 Holly Lane
Beverly, MA 01915

_____         _____
Chester J. Chalupowski                 Malgorzata Chalupowski

August 12, 2005