UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-11138

Chester J. Chalupowski, Jr., et al

v.

Sharon D. Meyers

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 8/17/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 9, 2005.

Sarah A. Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 9/9/05.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-11138-GAO

Chalupowski et al v. Meyers  
Assigned to: Judge George A. O'Toole, Jr  
Cause: 28:1983 Civil Rights

Date Filed: 06/06/2005  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question

**Plaintiff**

**Chester J. Chalupowski, Jr.**   represented by   **Chester J. Chalupowski, Jr.**

119 Water Street  
#65  
Beverly, MA 01915  
978-921-4945  
PRO SE

**Plaintiff**

**Malgorzata B. Chalupowski**   represented by   **Malgorzata B. Chalupowski**

119 Water Street  
#65  
Beverly, MA 01915  
978-921-4945  
PRO SE

V.

**Defendant**

**Sharon D. Meyers**   represented by   **Sharon D. Meyers**  
Sharon D. Meyers, Esquire  
30 Federal Street

Suite 200
Salem, MA 01970
978-745-0575
Fax: 978-745-6757
Email:
sdmeyers@mwklawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/01/2005 | 1 | COMPLAINT against Sharon D. Meyers Filing fee: $ 250, receipt number 64642, filed by Chester J. Chalupowski, Jr, Malgorzata B. Chalupowski. (Attachments: # 1 Civil Cover Sheet)(Edge, Eugenia) (Entered: 06/09/2005) |
| 06/01/2005 |  | Summons Issued as to Sharon D. Meyers. (Edge, Eugenia) (Entered: 06/09/2005) |
| 06/01/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Edge, Eugenia) (Entered: 06/09/2005) |
| 06/20/2005 | 2 | MOTION to Dismiss, or in the Alternative, for Summary Judgment on the pleadings by Sharon D. Meyers. c/s(Edge, Eugenia) (Entered: 06/21/2005) |
| 06/20/2005 | 3 | MEMORANDUM in Support re 2 MOTION to Dismiss filed by Sharon D. Meyers. c/s (Edge, Eugenia) (Entered: 06/21/2005) |
| 06/20/2005 | 4 | AFFIDAVIT of Sharon D. Meyers re 2 MOTION to Dismiss by Sharon D. Meyers. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Errata 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Exhibit |

| | | |
|---|---|---|
| | | 12# 13 Exhibit 13# 14 Exhibit 14# 15 Exhibit 15# 16 Exhibit 16# 17 Exhibit 17# 18 Exhibit 18# 19 Exhibit 19# 20 Exhibit 20# 21 Exhibit 21# 22 Exhibit 22# 23 Exhibit 23# 24 Exhibit 24# 25 Exhibit 25# 26 Exhibit 26# 27 Exhibit 27# 28 Exhibit 28 pt I# 29 Exhibit 28 pt II)(Edge, Eugenia) Modified on 6/22/2005 (Edge, Eugenia). (Entered: 06/21/2005) |
| 07/06/2005 | 5 | Opposition re 2 MOTION to Dismiss filed by Chester J. Chalupowski, Jr. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 4# 4 Exhibit 4)(Howarth, George) (Entered: 07/11/2005) |
| 07/11/2005 | 6 | MOTION for Contempt by Chester J. Chalupowski, Jr, Malgorzata B. Chalupowski. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(Howarth, George) (Entered: 07/18/2005) |
| 08/11/2005 | 7 | Judge George A. O'Toole Jr.: Endorsed ORDER entered. ORDER DISMISSING CASE. The action is dismissed for lack of subject matter jurisdiction. It is SO ORDERED. cc/cl(Edge, Eugenia) (Entered: 08/11/2005) |
| 08/17/2005 | 8 | NOTICE OF APPEAL as to 7 Order Dismissing Case by Chester J. Chalupowski, Jr, Malgorzata B. Chalupowski. $ 255, receipt number 66358 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 9/6/2005. (Edge, Eugenia) (Entered: 08/19/2005) |