# United States Court of Appeals
## For the First Circuit

No. 05-2349

CHESTER J. CHALUPOWSKI, JR.;
MALGORZATA B. CHALUPOWSKI,

Plaintiffs, Appellants,

v.

SHARON D. MEYERS,

Defendant, Appellee.

**JUDGMENT**

Entered: June 16, 2006

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Massachusetts.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: AUG 23 2006

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[cc: Mr. Chalupowski, Ms. Chalupowski & Ms. Myers.]